## In re ESTATE of PITMAN. McMURRY et al. v. COLE.

No. 15150—Opinion Filed Oct. 14, 1924.

(Syllabus.)

### Case Controlling.

Syllabus the same as in case No. 15149, In re Guardianship of Pitman (McMurry Gd'n, v. Cole), ante, p. 108, this day handed down.

Error from District Court, Muskogee County; O. H. Searcy, Judge.

In the matter of the estate of Lucinda Pitman, an incompetent. Petition by Rosella Cole for removal of guardians. Joe McMurry and another. From judgment of removal, the guardians bring error. Affirmed.

Grant Foreman, Guy F. Nelson, and J. D. Simms, for plaintiffs in error.

Neff & Neff, E. M. Frye, and J. B. A. Robertson, for defendant in error.

GORDON, J. This cause, on appeal to the district court of Muskogee county, was presented on the same state of facts as the matter of the guardianship of Wilson S. Pitman, a minor, Joe McMurry, guardian, No. 15149 on the docket of this court, this day decided. The pertinent facts and law set forth in said cause number 15149 are controlling in this appeal. It was submitted to the district court on the same evidence as said cause was submitted, and the judgment of the district court removing the guardians was based upon the same finding.

The only essential difference in the contentions of the appellants in this case and in cause No. 15149 is that appellants contend that Rosella Cole was not related by blood to Lucinda Pitman, and did not formally prosecute the action as next friend. We think this contention goes to form and not to substance, and that the findings and conclusions in the said cause No. 15149 are fully applicable to this appeal.

The judgment of the trial court in this cause is affirmed.

McNEILL, C. J., and NICHOLSON, HARRISON, JOHNSON, BRANSON, LYDICK. and WARREN, JJ., concur.

---

## DICKERSON et al. v. BOTCHLEOTT et al.

No. 14854—Opinion Filed Nov. 18, 1924.

Error from District Court, Kiowa County; Thomas A. Edwards, Judge.

Action between P. J. Dickerson and another, and Margaret Botchleott and others. From the judgment, the former appeal. Reversed and remanded.

Phillip J. Dickerson and Leahy, MacDonald & Files, for plaintiffs in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for new trial for failure of defendant in error to comply with rule 7 of this court.